UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIONE K. MOTUAPUAKA,<br>        Petitioner,<br>    v.<br>RICK HILL,<br>        Respondent. | Case No. 21-cv-09252-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 2, 5, 6, 10 and 12 |

        This 28 U.S.C. § 2254 action will be dismissed as premature. The petition and the motions make it clear that petitioner Sione K. Motuapuaka has a pending action in the state appellate court that is related to the claims he presents in his federal habeas petition. (Pet., Dkt. No. 1 at 4.) Motuapuaka can move to reopen his federal proceedings once his state appellate proceedings have concluded.

        Motuapuaka's motion to stay his state appellate proceedings is DENIED. (Dkt. Nos. 5 and 12.) I have no authority to stay state proceedings. His request for judicial notice of his request for a stay is DENIED as unnecessary. (Dkt. No. 6.)

        Motuapuaka's motion to proceed *in forma pauperis* (IFP) is DENIED because he can afford to pay the $5.00 filing fee. (Dkt. Nos. 2 and 10.) The Certificate of Funds shows that the average deposits to his account for the six months preceding the filing of the IFP application were $629.57, and the average balance in his account for the same time period was $1,565.36. (Dkt. No. 2 at 5.) Motuapuaka must pay the $5.00 filing fee by submitting full payment to the Clerk of the Court.

        This federal habeas action is DISMISSED without prejudice. Because this dismissal is without prejudice, Motuapuaka may move to reopen. Any such motion must

1    have the words MOTION TO REOPEN on the first page.  No motion to reopen will be

2    granted until Motuapuaka pays the $5.00 filing fee.

3           The Clerk shall terminate all pending motions, enter judgment in favor of

4    respondent, and close the file.

5           **IT IS SO ORDERED.**

6    **Dated:**  April 4, 2022



WILLIAM H. ORRICK
United States District Judge